**Electronically Filed
Supreme Court
SCPW-25-0000168
12-AUG-2025
08:16 AM
Dkt. 10 ODDP**

SCPW-25-0000168

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

JAMES C. CARVALHO; APRIL T. CARVALHO;
and IKAIKA BUILDERS, INC., Petitioners,

vs.

THE HONORABLE DEAN E. OCHIAI,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

MICHAEL MATTHEWS, Respondent.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-21-0000958)

ORDER DENYING PETITION FOR WRIT OF PROHIBITION WITHOUT PREJUDICE
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the petition for writ of prohibition filed March 14, 2025, and the record, Petitioners have not demonstrated a clear and indisputable right to relief nor a lack of alternative means to seek relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023); see also Hawaiʻi Rules of Appellate Procedure Rule 8(a)

(2010); <u>Kelepolo v. Fernandez</u>, 148 Hawaiʻi 182, 468 P.3d 196 (2020).

It is ordered that the petition is denied without prejudice. Petitioners may refile the petition for extraordinary writ, as appropriate.

DATED: Honolulu, Hawaiʻi, August 12, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens